# Notice Recipients

District/Off: 1126–2              User: admin                 Date Created: 5/5/2026
Case: 25–02327–TOM13             Form ID: trc                 Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
11683748    Flagship Credit Acceptance        Attn: Bankruptcy        PO Box 3807        Coppell, TX 75019

                                                                                        TOTAL: 1